# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD R. SANTOS,

 *Plaintiff*,

vs.

AWD ISIDRO BACA*, et al.*

 *Defendants*.

2:11-cv-01251-KJD-NJK

ORDER

  Following upon the completed mediation program proceedings, this prisoner civil rights action shall proceed forward.  The filing fee has been paid. #3.

  IT IS THEREFORE ORDERED:

  1. The stay previously entered herein is LIFTED.  Within twenty-one (21) days of entry of this order, the Attorney General's Office shall file a notice advising the Court and plaintiff of the names of the defendants for whom it accepts service and the names of the defendants for whom it does not accept service.

  2. For all defendants for whom the Attorney General does not accept service, plaintiff, under Rule 4(m) of the Federal Rules of Civil Procedure, shall have one hundred twenty (120) days from the date of the filing of the Attorney General's notice within which to serve the remaining defendants.  Plaintiff, who is not proceeding *in forma pauperis*, must make his own arrangements for properly serving any such defendants.

  3. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days from the date of this order.

4.      Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

DATED: May 24, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge