CATHERINE CORTEZ MASTO
Nevada Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9443
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
P: (702) 486-3107
F: (702) 486-3773
mmenendez@ag.nv.gov
*Attorneys for Defendants Isidro Baca,*
*Eric Burson, Julio Calderin, James Fowler,*
*Brian Connett, Cole Morrow, Jennifer Nash,*
*Edward Provencal, Dwight Neven, Anthony Ritz,*
*Duane Wilson, Joel Quiroz, Ben Wathen,*
*and Taham Cristilli*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SANTOS,<br><br>Plaintiff,<br><br>vs.<br><br>AWD ISIDRO BACA, LT. BURSON, JULIO CALDERIN, C/O CAMACHO, C/O CARABAJAL, C/O CHRISTILLI, B. CONNETT, SGT. FERGUSON, SGT. FOWLER, COLE MORROW, J. MOHLENKAMP, ACTING AWP NASH, DWRIGHT NEVEN, MISAEL PALAYLAY, SGT. PROVENCAL, S C/O QUIROS, A. RITZ, A. SCILLIA, LT. SCHAFF, HOWARD SKOLNIK, BEN WATHEN, and DUANE WILSON,<br><br>Defendants. | Case No. 2:11-cv-01251-KJD-NJK<br><br>ORDER GRANTING<br><br>**DEFENDANTS' MOTION TO REMOVE COUNSEL FROM CM/ECF NOTIFICATIONS** |

Defendants, Isidro Baca, Eric Burson, Julio Calderin, James Fowler, Brian Connett, Cole Morrow, Jennifer Nash, Edward Provencal, Dwight Neven, Anthony Ritz, Duane Wilson, Joel Quiroz, Ben Wathen, and Taham Cristilli by and through their counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Mercedes S. Menendez, Deputy Attorney General, and hereby respectfully request that former Deputy Attorney General, Kelly

- 1 -

M. Smith, be removed from the CM/ECF Service List and that notice of the proceedings in the above-captioned matter be discontinued as a result of her departure from the Nevada Office of the Attorney General. It is no longer necessary that Kelly M. Smith receive CM/ECF notice of ongoing proceedings in this action.

Accordingly, the undersigned requests that Kelly M. Smith be removed from the CM/ECF Service list in this matter, USDC Case No. 2:11-cv-01251-KJD-NJK.

DATED this 12th day of December, 2014.

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ MERCEDES S. MENENDEZ
MERCEDES S. MENENDEZ
Deputy Attorney General
*Attorneys for Defendants Isidro Baca,
Eric Burson, Julio Calderin, James Fowler,
Brian Connett, Cole Morrow, Jennifer Nash,
Edward Provencal, Dwight Neven, Anthony Ritz,
Duane Wilson, Joel Quiroz, Ben Wathen,
and Taham Cristilli*

IT IS SO ORDERED.
Dated: December 12, 2014

_____
United States Magistrate Judge