UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD R. SANTOS,<br><br>               Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, et al.,<br><br>               Defendants. | Case No. 2:11-cv-01251-KJD-NJK<br><br>ORDER<br><br>(Docket No. 90) |

Pending before the Court is Plaintiff's request for submission, filed on December 10, 2014. Docket No. 90. Plaintiff requests that the Court take under submission his motion for order compelling Defendants to provide photographs (Docket No. 71), which was denied without prejudice on November 5, 2014. Docket No. 75. Plaintiff also requests that the Court take under submission his motion for order to extend prison copy work limit (Docket No. 70), which was granted in part and denied in part on December 2, 2014. Docket No. 85. Accordingly, Plaintiff's request for submission (Docket No. 90) is hereby **DENIED** as moot.

      DATED: December 29, 2014

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge