UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD R. SANTOS,<br><br>    Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, et al.,<br><br>    Defendants. | Case No. 2:11-cv-01251-KJD-NJK<br><br>**ORDER** |

On December 31, 2014, the Court received a notice from Plaintiff regarding discovery matters. Docket No. 95. Plaintiff, an inmate in solitary confinement, represents that, in an attempt to set up a meet and confer, he has sent seven letters to Defendants' counsel regarding discovery issues. *Id.*, at 2. Plaintiff further represents that he has not received a response from Defendants' counsel. *Id.* Accordingly, Defendants' counsel is hereby **ORDERED** to set up a telephone call with Plaintiff no later than January 12, 2015. If the parties cannot resolve any outstanding discovery disputes at that time, Plaintiff may file a proper motion, with a specific request for relief.

  IT IS SO ORDERED.

  DATED: January 2, 2015

                  _____
                  Nancy J. Koppe
                  United States Magistrate Judge