UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD R. SANTOS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>ISIDRO BACA, et al.,<br><br>        Defendant(s). | Case No. 2:11-cv-01251-KJD-NJK<br><br>ORDER<br><br>(Docket No. 105) |

    Pending before the Court is Plaintiff's motion to extend the discovery deadline. Docket No. 105. The current discovery deadline is April 1, 2015. Docket No. 88. Plaintiff, who is proceeding in this action *pro se*, requests a 90-day extension because he represents that he needs more time to prepare and serve discovery requests on Defendants Schaff and Scilia.[1] Docket No. 105. Additionally, Plaintiff represents that he is waiting for responses to some of his discovery requests, which were served in December of 2014 and January of 2015. *Id.* For good cause shown, the Court hereby **GRANTS** an extension of the discovery deadline by ninety days, to June 30, 2015.

    IT IS SO ORDERED.

    DATED: March 5, 2015

                                                            NANCY J. KOPPE<br>
                                                            United States Magistrate Judge

---

[1] Defendants Scaff and Scilia answered Plaintiff's Third Amended Complaint on February 11, 2015. Docket No. 103.