**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD R. SANTOS,<br>　　　　Plaintiff(s),<br>vs.<br>ISIDRO BACA, et al.,<br>　　　　Defendant(s). | Case No. 2:11-cv-01251-KJD-NJK<br><br>ORDER SETTING HEARING<br><br>(Docket Nos. 106, 107, 109) |

Pending before the Court is Plaintiff's motion for order compelling discovery disclosures and sanctions. Docket Nos. 106, 107. Also pending before the Court is Plaintiff's motion for sanctions. Docket No. 109. The Court hereby **SETS** a hearing on these motions for June 29, 2015, at 2:00 p.m., in Courtroom 3A. In light of Plaintiff being in prison, Defendants' counsel is further **INSTRUCTED** to arrange for Plaintiff's telephonic appearance at that hearing. Defendants' counsel shall attend the hearing in person.

　　IT IS SO ORDERED.

　　DATED: June 3, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge