**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD R. SANTOS,          )<br>                                      )<br>         Plaintiff(s),          )<br>                                      )<br>vs.                                )<br>                                      )<br>ISIDRO BACA, et al.,       )<br>                                      )<br>         Defendant(s).       )<br>_____) | Case No. 2:11-cv-01251-KJD-NJK<br><br>ORDER<br><br>(Docket Nos. 117, 118) |

Pending before the Court is Plaintiff's motion for an extension of time. Docket No. 117. A response shall be filed no later than June 10, 2015, and a reply shall be filed no later than June 17, 2015.

Also pending before the Court is Plaintiff's motion for leave to exceed twenty-five (25) interrogatory limit for Defendant Dwight Neven. Docket No. 118. A response shall be filed no later than June 10, 2015, and a reply shall be filed no later than June 17, 2015.

IT IS SO ORDERED.

DATED: June 3, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge