UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD R. SANTOS, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:11-cv-01251-KJD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ISIDRO BACA, et al., | ) | (Docket Nos. 106, 107, 109, 117, 118, 119, 127) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion to stay all proceedings for 90 days. Docket No. 127. Plaintiff requests a stay of all proceedings because he is currently under suicide watch and, therefore, is unable to obtain his legal mail. *Id.*, at 2. Plaintiff's motion to stay (Docket No. 127) is hereby **GRANTED**. Additionally, the hearing currently set for June 29, 2015, at 2:00 p.m. (Docket No. 120) is hereby **VACATED** and Plaintiff's other pending motions (Docket Nos. 106, 107, 109, 117, 118, 119) are hereby **DENIED** without prejudice.

The parties are **ORDERED** to file a joint status report, no later than September 29, 2015, with: (1) a notice of Plaintiff's status; (2) a suggested deadline for completing discovery; and (3) the status of any discovery disputes.

IT IS SO ORDERED.

DATED: June 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge