**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD R. SANTOS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>ISIDRO BACA, et al.,<br><br>        Defendant(s). | Case No. 2:11-cv-01251-KJD-NJK<br><br>ORDER<br><br>(Docket Nos. 129, 130) |

Pending before the Court is Plaintiff's motion for reconsideration of the Court's June 24, 2015, Order staying the proceedings for 90 days and vacating the hearing previously set for June 29, 2015. Docket Nos. 129. Also pending before the Court is Plaintiff's motion to extend time to reply to Defendants' oppositions at Docket Nos. 123 and 124. Docket No. 130. A response to Plaintiff's motions shall be filed no later than July 17, 2015.

IT IS SO ORDERED.

DATED: July 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge