# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SANTOS, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:11-cv-01251-KJD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| ISIDRO BACA, et al., ) | |
| ) | (Docket No. 156) |
| Defendant(s). ) | |

Pending before the Court is Defendants' motion to extend the discovery deadline. Docket No. 156. The Court finds this motion properly decided without oral argument. *See* Local Rule 78-2. For good cause and excusable neglect shown, the motion is hereby GRANTED. Accordingly, the discovery deadline shall be extended to October 28, 2015.

IT IS SO ORDERED.

DATED: September 15, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge