# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD R. SANTOS, | ) | |
| Plaintiff(s), | ) | Case No. 2:11-cv-01251-KJD-NJK |
| vs. | ) | ORDER |
| ISIDRO BACA, et al., | ) | (Docket No. 138) |
| Defendant(s). | ) | |

Presently before the Court is Plaintiff's motion for the imposition of sanctions. Docket No. 138. Defendants filed a Response, and Plaintiff replied. Docket Nos. 145, 149.

This a prisoner's civil rights case. Plaintiff argues that the Court should sanction Defendants because the Attorney General's Office for the State of Nevada did not accept service for Defendants Schaff, Scilia, Mohlenkamp, Ferguson ("FSE Defendants"), who are former state employees. The Attorney General's Office; however, "is not authorized to automatically accept service on behalf of a former state employee." *Hilford v. Rowley*, 2013 WL 2323140, at *6 (D. Nev. May 21, 2013) *opinion modified in part on other grounds*, 2013 WL 2319261 (D. Nev. May 24, 2013). "Instead[,] a former employee must request that the Attorney General represent him or her in a suit arising out of employment with the state." *Id; see Rowley,* 2013 WL 2319261, at *4 (holding that "if the Attorney General's Office indicates that it will not accept service on behalf of [a former state employee] within twenty-one days of the date of this order, the Clerk shall issue a summons for [Defendant]

and send the same to the U.S. Marshal with the address previously provided under seal."). Here, Plaintiff concedes that the FSE Defendants are former employees of the State of Nevada. Docket No. 46 at 1. The Attorney General's Office therefore was not required to accept service on FSE Defendants' behalf until they requested its representation. Since the FSE Defendants requested its representation after they were served, the Attorney General's Office did not perform sanctionable conduct by refusing to accept service in this case. Accordingly, Plaintiff's motion for sanctions is DENIED.

**IT IS SO ORDERED.**

DATED: September 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge