1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                               **DISTRICT OF NEVADA**

7

8    RONALD R. SANTOS,                          )
                                                )
9                    Plaintiff(s),              )     Case No. 2:11-cv-01251-KJD-NJK
                                                )
     vs.                                        )     ORDER
10                                              )
     ISIDRO BACA, et al.,                       )     (Docket No. 147)
11                                              )
                     Defendant(s).              )
12   _____   )

13        Pending before the Court is Plaintiff's "request for clarification" regarding the Scheduling

14   Order and Discovery Plan.  Docket No. 147.  No response was filed.  *See* Docket.

15        On March 5, 2015, the Court granted Plaintiff's motion to extend the discovery deadline to

16   June 30, 2015.  Docket No. 108.  However, on June 24, 2015, this Court stayed the proceedings for

17   90 days, and ordered the parties to file a joint status report no later than September 29, 2015.

18   Docket No. 128.  On July 20, 2015, the Court lifted the stay, and Plaintiff filed a renewed motion to

19   extend discovery on August 3, 2015.  Docket Nos. 134, 140.  On August 11, 2015, the Court granted

20   Plaintiff's motion and extended the discovery deadline 90 days, from June 30, 2015 to September

21   28, 2015.  Docket No. 141.

22        Plaintiff now requests the Court to clarify the discovery deadline.  Docket No. 147.

23   However, as noted above, the Court has already ruled on the issue, and it is clearly reflected in the

24   docket.  Plaintiff's request is therefore DENIED as moot.

25        IT IS SO ORDERED.

26        DATED: September 22, 2015

27                                              _____

28                                              NANCY J. KOPPE
                                                UNITED STATES MAGISTRATE JUDGE