1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8           **DISTRICT OF NEVADA**
9
10   RONALD R. SANTOS                    )
                                         )          Case No. 2:11-cv-01251-GMN-NJK
11                                       )
                     Plaintiff(s),       )          ORDER GRANTING MOTION TO
12                                       )          EXTEND
     vs.                                 )
13                                       )          (Docket No. 182)
     ISIDRO BACA, et al.,                )
14                                       )
                     Defendant(s).       )
15   _____ )

16          Pending before the Court is Plaintiff's motion to extend the deadline to file his reply in

17   support of his motion to compel (Docket No. 152).  Docket No. 182.  The motion indicates that

18   Plaintiff, who is incarcerated, has been transferred to another detention facility.  *See id.*  For good

19   cause shown, the Court hereby **GRANTS** the motion.  The deadline to file the reply brief is

20   **EXTENDED** to November 6, 2015.

21          IT IS SO ORDERED.

22          DATED: October 16, 2015

23                                        _____
24                                        NANCY J. KOPPE
                                          United States Magistrate Judge
25
26
27
28