# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD R. SANTOS,            )<br>                                          )<br>            Plaintiff,            )<br>                                          )<br>vs.                                    )<br>                                          )<br>ISIDRO BACA, et al.,          )<br>                                          )<br>            Defendants.          )<br>_____) | Case No. 2:11-cv-01251-KJD-NJK<br><br>ORDER<br><br>(Docket Nos. 191, 192, 193) |

Pending before the Court are Plaintiff's motion to compel discovery, Docket No. 191; Plaintiff's motion for imposition of sanctions, Docket No. 192; and Plaintiff's motion to hold Defendant Cole Morrow in contempt of court if non-compliant, Docket No. 193. All three motions are based upon Plaintiff's assumption that Defendant Morrow will not provide responses to currently-outstanding discovery requests. "A claim resting upon contingent future events that may not occur as anticipated, or indeed may not occur at all, is not fit for adjudication." *Texas v. United States*, 523 U.S. 296 (1998) (internal citations omitted). Accordingly, the Court **DENIES** Plaintiff's motions, Docket Nos. 191, 192, and 193, as they are not ripe.

IT IS SO ORDERED.

DATED: October 23, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge