1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RONALD R. SANTOS,                               )
                                                )        Case No. 2:11-cv-01251-KJD-NJK
                  Plaintiff,                     )
                                                )        ORDER DENYING MOTION FOR
vs.                                             )        MEET AND CONFER
                                                )
ALLEN, et al.,                                  )        (Docket No. 226)
                                                )
                  Defendants.                   )
_____ )

        Pending before the Court is Plaintiff's Motion for order requiring Defendants to set a meet and confer telephone call.  Docket No. 226.

        This type of request is appropriately resolved between the parties, rather than with the Court. Nonetheless, Defendants have responded that a meet and confer call has already been scheduled with Plaintiff for February 24, 2016.  Docket No. 227 at 2.  *See also* Docket No. 227-1.

        Accordingly, the Court **DENIES** Plaintiff's motion, Docket No. 226, as moot.  In the future, Plaintiff should attempt to resolve this type of issue with Defendants prior to filing a motion with the Court.

        IT IS SO ORDERED.

        DATED: February 19, 2016.

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge