UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD R. SANTOS, | ) | Case No. 2:11-cv-01251-KJD-NJK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ISIDRO BACA, et al., | ) | (Docket No. 300) |
| Defendants. | ) | |

Pending before the Court is Plaintiff's motion to transfer with legal boxes. Docket No. 300. Defendants filed a response. Docket No. 302. Plaintiff filed a reply. Docket No. 303. Plaintiff requests that, in the event that he is transferred to a new facility, he be permitted to take six legal boxes with him rather than three. *See* Docket No. 300. Defendants respond that: (1) this type of request is within the discretion of the prison's Deputy Director, not the Court; and (2) the request is premature because there is currently no transfer planned for Plaintiff. *See* Docket No. 302. Plaintiff replies that under the applicable regulations, Defendants could confiscate some of his legal boxes if he compiles enough material to exceed the three box limit. *See* Docket No. 303.

The Court agrees that it does not have the authority to grant Plaintiff's request. Further, even if the Court did have such authority, the motion is not ripe, as no imminent transfer of Plaintiff exists, nor has anyone attempted to confiscate any of Plaintiff's legal materials.

Accordingly, the Court hereby **DENIES** Plaintiff's motion to transfer (Docket No. 300).

IT IS SO ORDERED.

Dated: November 10, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge