# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD R. SANTOS,

    Plaintiff,

v.

ISIDRO BACA, et al.,

    Defendants.

Case No. 2:11-cv-1251-KJD-NJK

**ORDER**

Presently before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (##330, 332). As Plaintiff is proceeding in this action *pro se*, this Court liberally construes his Motion for Leave to Proceed *In Forma Pauperis* as a Motion for Leave to Proceed *In Forma Pauperis* on Appeal in accordance with Federal Rule of Appellate Procedure 24.[1]

Plaintiff is proceeding in this action *pro se* and requests authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Plaintiff must pay an initial partial filing fee of the greater of twenty percent of the average monthly deposits or twenty percent of the average monthly balance of

---

[1] The Clerk of Court entered judgment in this case against Plaintiff on March 31, 2017 (#318). Plaintiff filed the present Motion on June 21, 2017, and is currently appealing this Court's grant of summary judgment against him to the United States Court of Appeals, Ninth Circuit (case number 18-15123). Plaintiff filed a "Request for Order Allowing Plaintiff to Proceed on *In Forma Pauperis* Status on Appeal" (#337) on February 15, 2018. Thus, this Court will liberally construe and evaluate his prior *pro se* Motion for Leave to Proceed *In Forma Pauperis* as a Motion for Leave to Proceed *In Forma Pauperis* on Appeal.

his account for the six months immediately preceding the commencement of this action. *See* 28 U.S.C. § 1915(b)(1). Plaintiff's average monthly balance is $00.02, and his average monthly deposit is $83.33. Therefore, the Court will require an initial partial filing fee of $16.67 to be made at this time.

Additionally, Plaintiff must make installment payments to the extent required by 28 U.S.C. § 1915(b)(2). To that end, Northern Nevada Correctional Center and any prison that subsequently houses Plaintiff shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $505.00 filing fee has been paid for this action. The Clerk of the Court shall send a copy of this Order to the Finance Division of the Clerk's Office. The Clerk shall also send a copy of this Order to the attention of the inmate accounts department at Northern Nevada Correctional Center.

Accordingly, subject to the above conditions, Plaintiff's application to proceed *in forma papueris* on appeal (##330, 332) is hereby **GRANTED**.

DATED this 26th day of February, 2018.

_____
Kent J. Dawson
United States District Judge