# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD R. SANTOS, | Case No. 2:11-cv-1251-KJD-NJK |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Defendant. | |

Before the Court is Plaintiff Ronald Santos's Motion for Confirmation of Entry of Dismissal of Defendant Eric Burson (ECF No. 350). A review of the docket reveals that Santos voluntarily dismissed Eric Burson on August 5, 2019 (ECF No. 349), and the Court dismissed Burson from the case that same day. Given that Santos is currently incarcerated with limited access to the docket, **the Clerk's Office is directed** to mail a copy of this order to Santos at the address on file.

IT IS SO ORDERED

Dated this 19th day of February, 2020.

_____
Kent J. Dawson
United States District Judge